**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   15-cv-01078-LTB-KLM

CHRISTOPHER POIRIER,

      Plaintiff,

v.

LINDSEY RASMUSSEN,

      Defendant.

---

**ORDER**

---

Upon the Stipulated Motion for Entry of FRE 502(d) Order (Doc 24), it is

ORDERED that pursuant to FRE 502(d), the inadvertent disclosure of privileged or protected information in litigation pending before this Court will not constitute a waiver of the privilege or protection.

                BY THE COURT:

                s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   October 1, 2015