IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01078-LTB-KLM

CHRISTOPHER POIRIER,

    Plaintiff,

v.

LINDSEY RASMUSSEN,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Request for Alternative Dispute Resolution Settlement Conference** [#25] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. On or before October 9, 2015, counsel shall jointly call Chambers at **303-335-2770** in order to find a mutually agreement date and time on which to set the Settlement Conference.

    Dated: October 2, 2015