**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   15-cv-01078-LTB-KLM

CHRISTOPHER POIRIER,

      Plaintiff,

v.

LINDSEY RASMUSSEN,

      Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A) (Doc 48 - filed December 17, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   December 18, 2015